| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KH / 98C 27281341 | 01/ | 50048 | 1 of 1 | |  |

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

Period Starting: 04/10/2023  
Period Ending: 04/23/2023  
Pay Date: 04/25/2023

Taxable Filing Status: Head Of Household  
Exemptions/Allowances:     Tax Override:  
  Federal: Std W/H Table    Federal: 0.00 Addnl  
  State: 0    State:  
  Local: 0    Local:  
Social Security Number: XXX-XX-XXXX

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 75.00 | 975.00 | 6638.45 |
| Cash tips | | | 0.00 | 83.00 |
| **Gross Pay** | | | **$975.00** | **$6,721.45** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 75.00 | 510.65 |

**Important Notes**  
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -17.50 | 112.15 |
| Social Security | -60.45 | 416.73 |
| Medicare | -14.14 | 97.46 |
| Pennsylvania State Income | -29.93 | 206.34 |
| Pennsylvania State UI | -0.68 | 4.70 |
| Franklin T Local Income | -16.58 | 114.26 |
| Franklin Twp Local Services | 0.00 | 10.00 |
| **Net Pay** | **$835.72** | |

Your federal taxable wages this period are $975.00

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

60-912/313  
Payroll Check Number: 50048  
Pay Date: 04/25/2023

**Pay to the order of:** Kayla E Shipley  
**This amount:** EIGHT HUNDRED THIRTY FIVE AND 72/100    $835.72

*THIS IS NOT A CHECK*

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

BRANCH BANKING & TRUST COMPANY

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KH / 98C 27281341 | 01/ | 50046 | 1 of 1 | | ADP |

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

Period Starting: 03/27/2023  
Period Ending: 04/09/2023  
Pay Date: 04/11/2023

Taxable Filing Status: Head Of Household  
Exemptions/Allowances:   Tax Override:  
  Federal: Std W/H Table    Federal: 0.00 Addnl  
  State: 0    State:  
  Local: 0    Local:  
Social Security Number: XXX-XX-XXXX

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 73.00 | 949.00 | 5663.45 |
| Cash tips | | 0.00 | 83.00 | 83.00 |
| **Gross Pay** | | | **$1,032.00** | **$5,746.45** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 73.00 | 435.65 |

**Important Notes**  
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -23.20 | 94.65 |
| Social Security | -63.98 | 356.28 |
| Medicare | -14.96 | 83.32 |
| Pennsylvania State Income | -31.68 | 176.41 |
| Pennsylvania State UI | -0.72 | 4.02 |
| Franklin T Local Income | -17.54 | 97.68 |
| Franklin Twp Local Services | 0.00 | 10.00 |
| **Net Pay** | **$796.92** | |

Your federal taxable wages this period are $1,032.00

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

60-912/313

Payroll Check Number: 50046  
Pay Date: 04/11/2023

Pay to the order of: Kayla E Shipley  
This amount: SEVEN HUNDRED NINETY SIX AND 92/100

$796.92

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

BRANCH BANKING & TRUST COMPANY

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KH / 98C 27281341 | 01/ | 50044 | 1 of 1 | | ADP |

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

Period Starting: 03/13/2023  
Period Ending: 03/26/2023  
Pay Date: 03/28/2023

Taxable Filing Status: Head Of Household  
Exemptions/Allowances:          Tax Override:  
  Federal:   Std W/H Table      Federal:   0.00 Addnl  
  State:     0                  State:  
  Local:     0                  Local:  
Social Security Number: XXX-XX-XXXX

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 68.00 | 884.00 | 4714.45 |
| **Gross Pay** | | | **$884.00** | **$4,714.45** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 68.00 | 362.65 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -8.40 | 71.45 |
| Social Security | -54.81 | 292.30 |
| Medicare | -12.82 | 68.36 |
| Pennsylvania State Income | -27.14 | 144.73 |
| Pennsylvania State UI | -0.62 | 3.30 |
| Franklin T Local Income | -15.03 | 80.14 |
| Franklin Twp Local Services | 0.00 | 10.00 |
| **Net Pay** | **$765.18** | |

**Important Notes**  
Basis of pay: Hourly

Your federal taxable wages this period are $884.00

---

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

60-912/313

Payroll Check Number: 50044  
Pay Date: 03/28/2023

**THIS IS NOT A CHECK**

Pay to the order of: Kayla E Shipley  
This amount: SEVEN HUNDRED SIXTY FIVE AND 18/100        $765.18

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

BRANCH BANKING & TRUST COMPANY

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| KH / 98C 27281341 | 01/ | 50042 | 1 of 1 | |  |

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

Period Starting: 02/27/2023  
Period Ending: 03/12/2023  
Pay Date: 03/14/2023

Taxable Filing Status: Head Of Household  
Exemptions/Allowances:     Tax Override:  
  Federal: Std W/H Table    Federal: 0.00 Addnl  
  State: 0    State:  
  Local: 0    Local:  
Social Security Number: XXX-XX-XXXX

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 73.00 | 949.00 | 3830.45 |
| **Gross Pay** | | | **$949.00** | **$3,830.45** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 73.00 | 294.65 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 63.05 |
| Social Security | -58.84 | 237.49 |
| Medicare | -13.76 | 55.54 |
| Pennsylvania State Income | -29.13 | 117.59 |
| Pennsylvania State UI | -0.66 | 2.68 |
| Franklin T Local Income | -16.13 | 65.11 |
| Franklin Twp Local Services | 0.00 | 10.00 |
| **Net Pay** | | **$815.58** |

**Important Notes**  
Basis of pay: Hourly

Your federal taxable wages this period are $949.00

Ciao Bella  
6418 Chambersburg Rd  
Fayetteville, PA 17222

60-912/313

Payroll Check Number: 50042  
Pay Date: 03/14/2023

Pay to the order of: Kayla E Shipley

This amount: EIGHT HUNDRED FIFTEEN AND 58/100    $815.58

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

BRANCH BANKING & TRUST COMPANY

Kayla E Shipley  
165M Church Road  
Orrtanna, PA 17353

Case 1:23-bk-01125-HWV    Doc 29    Filed 08/18/23    Entered 08/18/23 13:52:02    Desc Main Document    Page 4 of 4