# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:23-bk-01125-HWV |
|---|---|
| KAYLA ELIZABETH SHIPLEY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 9/18/2023, I did cause a copy of the following documents, described below,

Notice of Rescheduled Creditors Meeting

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/18/2023

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 238 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>KAYLA ELIZABETH SHIPLEY | CASE NO: 1:23-bk-01125-HWV<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 9/18/2023, a copy of the following documents, described below,

Notice of Rescheduled Creditors Meeting

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/18/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | | |
|---|---|---|
| Kayla Elizabeth Shipley, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:23−bk−01125−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: October 12, 2023<br><br>Time: 10:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2023 |

ntnew341 (04/18)

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

~~EXCLUDE~~

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 123-BK-01125-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
MON SEP 18 10-9-31 PST 2023

~~(U)LAKEVIEW LOAN SERVICING LLC~~

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102 1104~~

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

FINANCIAL RECOVERIES
PO BOX 1388
MOUNT LAUREL NJ 08054-7388

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JP HARRIS
PO BOX 226
MECHANICSBURG PA 17055-0226

JACOB MARTIN
165 M CHURCH ROAD
ORRTANNA PA 17353-9766

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING LLC
PO BOX 10497
GREENVIELLE SC 29603-0497

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAKEVIEW LOAN SERVICING LLC
PO BOX 619096
DALLAS TX 75261-9096

LAKEVIEW LOAN SERVICING LLC
CO ROGER FAY ESQUIRE
MILSTEAD ASSOCIATES LLC
14000 COMMERCE PARKWAY SUITE H
MOUNT LAUREL NJ 08054-2242

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

OSLADEPT OF ED
ATTN BANKRUPTCY
PO BOX 18475
OKLAHOMA CITY OK 73154-0475

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PINNACLE CREDIT SERVICES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

UPGRADE INC
PO BOX 18475
OKLAHOMA CITY OK 73154-0475

WELLSPAN HEALTH
1001 S GEORGE STREET
YORK PA 17403-3676

~~EXCLUDE~~

~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111 2660~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
                                        DEBTOR
(P)JACK N  ZAHAROPOULOS                 KAYLA ELIZABETH SHIPLEY
ATTN CHAPTER 13 TRUSTEE                 165 M CHURCH ROAD
8125 ADAMS DRIVE SUITE A                ORRTANNA  PA 17353-9766
HUMMELSTOWN PA 17036-8625
```