**IMBLUM LAW OFFICES, P.C.**

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: **gary.imblum@imblumlaw.com**

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

October 6, 2023

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Kayla Shipley
Chapter 13 - Bankruptcy Case No. 1:23-bk-01125

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

OSLADEPT OF ED
PO BOX 300001
GREENVILLE TX 75403-3001

The Creditor's <u>previous</u> address was as follows:

OSLADEPT OF ED
ATTN BANKRUPTCY
PO BOX 18475
OKLAHOMA CITY OK 73154-0475

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

Doc ID: 692f94c25ba8666d031aa9bed0da386d9c353583