# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 6, 2023

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Kayla Shipley
Chapter 13 - Bankruptcy Case No. 1:23-bk-01125

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

UPGRADE INC
PO BOX 300001
GREENVILLE TX 75403-3001

The Creditor's <u>previous</u> address was as follows:

UPGRADE INC
PO BOX 18475
OKLAHOMA CITY OK 73154-0475

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm