United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                               Case No. 23-01125-HWV

Kayla Elizabeth Shipley                        Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                              Page 1 of 3

Date Rcvd: Nov 09, 2023                     Form ID: ntnoshow                        Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Elizabeth Shipley, 165 M Church Road, Orrtanna, PA 17353-9766 |
| 5561240 | + | JP Harris, PO Box 226, Mechanicsburg PA 17055-0226 |
| 5561236 | #+ | Jacob Martin, 165 M Church Road, Orrtanna PA 17353-9766 |
| 5544392 | + | Lakeview Loan Servicing, LLC, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 5561242 | | Upgrade Inc, PO Box 300001, Greenville TX 75403-3001 |
| 5561239 | + | Wellspan Health, 1001 S George Street, York Pa 17403-3676 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5561241 | | Email/Text: cfcbackoffice@contfinco.com | Nov 09 2023 18:43:00 | Continental Finance Co, PO Box 8099, Newark DE 19714 |
| 5561232 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2023 18:48:57 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 5544543 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2023 18:48:31 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5561233 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2023 18:48:43 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5561234 | + | Email/Text: mrdiscen@discover.com | Nov 09 2023 18:43:00 | Discover Financial, Attn: Bankruptcy, PO box 3025, New Albany OH 43054-3025 |
| 5561235 | ^ | MEBN | Nov 09 2023 18:43:26 | Financial Recoveries, PO Box 1388, Mount Laurel NJ 08054-7388 |
| 5542318 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 09 2023 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5556186 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 09 2023 18:43:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5561237 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 18:59:15 | LVNV Funding LLC, PO Box 10497, Greenvielle SC 29603-0497 |
| 5545316 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 18:48:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5556934 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 09 2023 18:43:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 5554640 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 09 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5561238 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

| | | | |
| --- | --- | --- | --- |
| | | Nov 09 2023 18:48:32 | OSLA/Dept of ed, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 5542319 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2023 18:43:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5545318 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 18:48:33 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5547157 | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2023 18:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5553840 | Email/Text: bnc-quantum@quantum3group.com | Nov 09 2023 18:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com

Christopher A DeNardo
on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com

Denise E. Carlon
on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Gary J Imblum
on behalf of Debtor 1 Kayla Elizabeth Shipley gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Michael Patrick Farrington
on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

Roger Fay
on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kayla Elizabeth Shipley,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−01125−HWV

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **November 30, 2023** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **November 30, 2023**.

**If no objections are filed by November 30, 2023, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 9, 2023 |

ntnoshow (07/18)