United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kayla Elizabeth Shipley  
    Debtor

Case No. 23-01125-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Dec 06, 2023     Form ID: ordsmiss     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Elizabeth Shipley, 165 M Church Road, Orrtanna, PA 17353-9766 |
| 5561240 | + | JP Harris, PO Box 226, Mechanicsburg PA 17055-0226 |
| 5561236 | #+ | Jacob Martin, 165 M Church Road, Orrtanna PA 17353-9766 |
| 5544392 | + | Lakeview Loan Servicing, LLC, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 5561242 | | Upgrade Inc, PO Box 300001, Greenville TX 75403-3001 |
| 5561239 | + | Wellspan Health, 1001 S George Street, York Pa 17403-3676 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2023 18:39:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 5561241 | | Email/Text: cfcbackoffice@contfinco.com | Dec 06 2023 18:39:00 | Continental Finance Co, PO Box 8099, Newark DE 19714 |
| 5561232 | + | EDI: CAPITALONE.COM | Dec 06 2023 23:40:00 | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 5544543 | | EDI: CAPITALONE.COM | Dec 06 2023 23:40:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5561233 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2023 18:49:04 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5561234 | + | EDI: DISCOVER | Dec 06 2023 23:40:00 | Discover Financial, Attn: Bankruptcy, PO box 3025, New Albany OH 43054-3025 |
| 5561235 | ^ | MEBN | Dec 06 2023 18:37:21 | Financial Recoveries, PO Box 1388, Mount Laurel NJ 08054-7388 |
| 5542318 | | EDI: IRS.COM | Dec 06 2023 23:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5556186 | | EDI: JEFFERSONCAP.COM | Dec 06 2023 23:40:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5561237 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 18:49:27 | LVNV Funding LLC, PO Box 10497, Greenvielle SC 29603-0497 |
| 5545316 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 18:49:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5556934 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2023 18:39:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas , TX 75261-9096 |
| 5554640 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | |
|---|---|---|---|
| | | Dec 06 2023 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5561238 | EDI: MAXMSAIDV | Dec 06 2023 23:40:00 | OSLA/Dept of ed, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 5542319 | EDI: PENNDEPTREV | Dec 06 2023 23:40:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5542319 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 06 2023 18:39:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5545318 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 18:48:42 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5547157 | EDI: Q3G.COM | Dec 06 2023 23:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5553840 | EDI: Q3G.COM | Dec 06 2023 23:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Kayla Elizabeth Shipley gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Matthew K. Fissel | |

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| Roger Fay | |
| | on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kayla Elizabeth Shipley,           Chapter      13

**Debtor 1**

Case No.     1:23−bk−01125−HWV

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 6, 2023

ordsmiss (05/18)